■ ESAD GJONBALAJ, Respondent, v MILDRED KENNY, Respondent and Third-Party Plaintiff-Respondent. CONSTANT REALTY CORP., Third-Party Defendant-Appellant. [596 NYS2d 6] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about February 25, 1992, which denied third-party defendant's motion for bifurcation of the issues of liability and damages at trial, unanimously affirmed without costs.

Where, as here, plaintiff's injuries are probative on the issue of liability, denial of bifurcation was clearly an appropriate exercise of discretion (see, Parmar v Skinner, 154 AD2d 444, 445), if not required to avoid prejudice. Concur—Ellerin, J. P., Wallach, Kupferman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH THOMPSON, Also Known as ABDUL-SHAHID-MUHAMMAD, Appellant. [595 NYS2d 315] —Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered September 26, 1991, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Rosenberger, Wallach and Ross, JJ.

■ In the Matter of GEORGE W. VIVINO, a Suspended Attorney. [596 NYS2d 677] —Petition granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Murphy, P. J., Carro, Rosenberger, Kupferman and Asch, JJ.